LALA, Respondent, v. CANAL-BOAT CITY OF JOLIET, Appellant.

1. The Law Commissioner's Court of St. Louis county can not, in case of an appeal from a justice of the peace, where the justice fails to deliver a transcript, &c., affirm the judgment appealed from, upon the filing of a transcript by the appellee and a motion made by him for its affirmance. (Grassmuck v. Atwell, 23 Mo. 63, affirmed.)

*Appeal from St. Louis Law Commissioner's Court.*

M. L. *Gray*, for appellant.
A. W. *Lewis*, for respondent.

SCOTT, Judge.   This case is in all respects like that of Grassmuck v. Atwell.   (23 Mo. 63.)   The judgment will be reversed and the cause remanded.   The other judges concur.